**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-24766-CV-WILLIAMS**

OMEGA SA,

      Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 35) ("**Report**") on Plaintiff's Motion for Entry of a Preliminary Injunction (DE 8) ("**Motion**"). In the Report, Judge Goodman recommends that the Court grant Plaintiff's Motion. (DE 35 at 2, 13.) Specifically, Judge Goodman finds that "Plaintiff has successfully met each of the necessary elements for a preliminary injunction." (*Id.* at 11.) No objections were filed to the Report, and the time to do so has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Goodman's Report (DE 35) is **AFFIRMED AND ADOPTED.**

2. Plaintiff's Motion (DE 8), as it pertains to the requested Preliminary Injunction, is **GRANTED.** A Preliminary Injunction is **ENTERED** against Defendants identified on Schedule "A" as follows:

    (1)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having

Page **1** of **17**

notice of this Order are hereby enjoined and restrained until further order of the Court as follows:

    a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using the Omega Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

    b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing and/or using the Omega Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the Omega Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

    (2)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Omega Marks, or any confusingly similar trademarks, on or in connection with all e-commerce stores owned and operated, or controlled by them, including the e-commerce stores operating under the E-commerce Store Names;

    (3)    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Omega Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use

of such terms that are visible to a computer user or serves to direct computer searches to e-commerce stores registered, owned, or operated by any Defendant, including the e-commerce stores operating under the E-commerce Store Names;

(4)     Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the E-commerce Store Names and shall take all steps necessary to retrieve computer files relating to the use of the e-commerce stores operating under the E-commerce Store Names that may have been deleted before the entry of this Order;

(5)     Upon Plaintiff's request, the privacy protection service for any of the E-commerce Store Names for which the registrant uses such privacy protection service to conceal the registrant's identity and contact information is ordered to disclose to Plaintiff the true identities and contact information of those registrants;

(6)     Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, Inc. ("*PayPal*"), and their related companies and affiliates shall immediately, to the extent not already done, (i) identify all financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the E-commerce Store Names, payment accounts, WhatsApp telephone numbers, and/or the e-mail addresses identified on Schedule "A" attached here, as well as any other related accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred

into their respective financial accounts, and any other financial accounts tied thereto; and (iv) divert those restrained funds to a holding account for the trust of the Court;

(7)     Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, and their related companies and affiliates, shall further, to the extent not already done, provide Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. No funds restrained by this Order shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, PayPal, and their related companies and affiliates, for any purpose (other than pursuant to a purchase refund chargeback made by a consumer) without the express authorization of this Court;

(8)     Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order;

(9)     This Order shall apply to the E-commerce Store Names, associated e-commerce stores, private messaging accounts, and financial accounts, and any other e-commerce store names, seller identification names, private messaging accounts, or financial accounts which are being used by Defendants for the purpose of counterfeiting the Omega Marks and/or unfairly competing with Plaintiff;

(10)   As a matter of law, this Order shall no longer apply to any Defendant or associated e-commerce store name dismissed from this action or as to which Plaintiff has withdrawn its request for a preliminary injunction;

(11)   Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice;

(12)   Additionally, for the purpose of providing additional notice of this proceeding, and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the e-commerce stores, messaging services, and/or financial institutions, payment processors, banks, escrow services, money transmitters, and marketplace platforms, including but not limited to PayPal, and their related companies and affiliates shall, at Plaintiff's request, provide Plaintiff's counsel with any e-mail address(es) known to be associated with Defendants' respective E-commerce Store Names;

(13)   This Order shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated by the parties.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>11th</u> day of February, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME,**
<u>**FINANCIAL ACCOUNT INFORMATION, AND MEANS OF CONTACT**</u>

| Def. No | Defendant / E-commerce Store Name | Payee | Merchant ID | Payment Account | Means of Contact Email and WhatsApp |
|---|---|---|---|---|---|
| 1 | skywatches.shop | 权锋 邱 | DV2CZXS9YBEK6 | paypal@yangquan.store | customer.service@henwinto.com |
| | | 赵 文 @zhaowengg | EUVND52UGNCQ6 | | WhatsApp: 61483968068; 447401119816 |
| 1 | aeihmm.shop | Gaobeidian North Street Hangda Convenience Store | ZTK6CYKL5M2JW | | customer.service@henwinto.com |
| 1 | ciknxj.top | Gaobeidian North Street Hangda Convenience Store | ZTK6CYKL5M2JW | | customer.service@henwinto.com |
| 1 | fwtzmxe.shop | Ding'an Leiyuanyi E-commerce Co.,Ltd | 8PQMD659X8CKC | | customer.service@henwinto.com |
| 1 | jixwxm.top | Haikou Jinjiashun Technology Co., Ltd | EW6CMZFMWVWTL | | customer.service@henwinto.com |
| 1 | outfit-us.shop | Becton Inc. | 42BHY827NHD42 | | customer.service@henwinto.com info@anglebabemia.com WhatsApp: 8618718770612; 85254686716 |
| 1 | rmmeiii.shop | 諾朗威國際貿易有限公司 | 8X4DGSRMYXTEQ | | customer.service@henwinto.com |
| | | EleganceWatches | RCSQKWDGEVLB6 | | |
| | | EleganceWatches | W2XCGRM4KURTN | | WhatsApp: 61483968068 |
| 1 | ryysky.shop | Sha Yahong Ruixin Building Materials Sales Department | VY2FMM9A7Z3FC | | server@happybiden.com |
| 1 | swissluxryhsy.top | Gucheng County Bitouhui Trading Co, Ltd | B7VS5NSK3E738 | service@countydfg.store | customer.service@henwinto.com |
| | | Gaobeidian North Street Hangda Convenience Store | ZTK6CYKL5M2JW | | WhatsApp: 8618870796999 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | wdfzry.top | Zhaohong Daily Necessities Store in Xixiangtang District, Nanning City | GT7E4WB9X23L6 | | customer.service@henwinto.com |
| 2 | asalestore.com | riseoftime | JWXDMLYEN8NDN | | watchvipservice@hotmail.com |
| | | riseoftime | PELRAAKL5B3J4 | | watchcustomerservice@hotmail.com |
| | | Rotwatch | KSDAR3RJQLRY8 | | WhatsApp: 8614739706838; 8615790767518; 8618318571575 |
| 2 | cilltime.com | covettime | GWTSU5LEEKWWL | | watchvipservice@hotmail.com watchcustomerservice@hotmail.com smartpush@mailsi.smartpushmail.com vipwatchesreplica@hotmail.com |
| | | Gilltime | KX8FJ43Q98MCW | | WhatsApp: 8614739706838; 8618318571575; 8615920469737; 8615790767518; 447383154747 |
| 2 | covettime.com | Ciitime | UDDNMWQ8993EC | | watchvipservice@hotmail.com WhatsApp: 8614739706838; 8618318571575; 447383154747 8615920469737 |
| 2 | randtime.com | Randtime | XMGE3WF5EZJVJ | | watchvipservice@hotmail.com watchservicecenter@hotmail.com WhatsApp: 8614739706838; 8618318571575; 8615920469737 |
| 2 | retrotick.com | Rotwatch | KSDAR3RJQLRY8 | | watchvipservice@hotmail.com WhatsApp: 8614739706838; 8615790767518 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | rotwatch.com | Randtime | XMGE3WF5EZJVJ | | watchvipservice@hotmail.com<br><br>WhatsApp: 8614739706838; 8618318571575; 8615920469737 |
| 2 | sharknine.com | | KSDAR3RJQLRY8 | | watchvipservice@hotmail.com<br><br>WhatsApp: 8614739706838; 8618318571575; 8615920469737 |
| 3 | watchstudio.shop | Chuanweifeng | CMSFRENUR83F6 | customerservice028@outlook.com | AnnikaMiller@yeah.net servewatchmaxx@gmail.com audespi@163.com<br><br>WhatsApp: 85295386301; 85296136764; 16266234597 |
| | | Peixiaoyuan | YDPMTUUGWJQAS | | |
| 3 | 24watch.shop | Chuanweifeng | CMSFRENUR83F6 | | AnnikaMiller@yeah.net<br><br>WhatsApp: 85295386301; 15623603623 |
| 3 | clock24.shop | Peixiaoyuan | YDPMTUUGWJQAS | | AnnikaMiller@yeah.net<br><br>WhatsApp: 85296136764 |
| 3 | luxfinery.shop | MINOYOO ECOM | 3YVKCN8FYLTFG | | AnnikaMiller@yeah.net servewatchmaxx@gmail.com |
| 3 | timeflash.shop | Peixiaoyuan | YDPMTUUGWJQAS | | AnnikaMiller@yeah.net<br><br>WhatsApp: 85295386301; 85265332464; 15623603623; 13348836808 |
| 4 | again2.shop | Darlenea Shop | 9VFL2UMMBF4XN | | support@royalwrist.vip |
| | | Darlenea Shop | FKJ937UPWQNHU | | |
| 4 | audreyus.shop | AUDREYUS SHOP | KGY7PYEDSFC9C | | support@royalwrist.vip<br><br>WhatsApp: 4407713409141 |
| | | AUDREYUS SHOP | 8L8T2ERUQA9HN | | |
| | | AUDREYUS SHOP | AD3AZKRUKQST6 | | |
| 5 | apple-lastchance.shop | 曲靖九龙山农业旅游有限公司 | HP6TVXDGDGARE | | https://apple-lastchance.shop/blogs/Contact-Us |
| | | henghuyuan store | ZBZX6DGGZWPXW | | |

| No. | Domain | Company | Code | Email/Sina | Contact |
|---|---|---|---|---|---|
| 6 | aulitao.com | | GXE5CBMNQPMGY | | 20011121lt@gmail.com |
| | | | EZL9HX5VZCLCQ | | WhatsApp: 8618573849346; 447399426211 |
| 7 | auoy.shop | H.K LUSHUER INT'L FASHION LIMITED | WLQHZ56EYWNLY | | hibuynow@yahoo.com chicgoing@outlook.com WhatsApp: 12812360702 |
| 8 | betterlifego.com | 连云港波峰再生资源有限公司 | PB4NWYK9UE5QA | | betterlifego@outlook.com WhatsApp: 85246847598 |
| 8 | swissclassicwatch.com | 浦城县耀伏百货店（个体工商户） | 4LCNX4UYMTP6S | | betterlifego@outlook.com WhatsApp: 85246847598 |
| 9 | bxsw.store | LSONG LIMITED | 49ELHLD3QMC2E | | greatmetabuy@outlook.com WhatsApp: 18326605307 |
| 10 | caselywo.com | | DE57UF886694Y | zjiab19128661286@sina.com | rolex-mechanical-watches@rolex-since-1905.online rolex-your-style@cotosew.com |
| 11 | catherine-luxury.shop | 济南琛亮商贸有限公司 | 2AHFL6J7GEQWA | | swissluxurywatches.service@outlook.com swissluxurywatches120@gmail.com service.happy@outlook.com swissmadeluxury.chris@gmail.com WhatsApp: 16365152290; 447549899924 |
| | | 沈丘县喜欣茹百货店 | 7ZBQDEHDPLF8J | | |
| | | 湘阴财阙百货店（个体工商户） | 9MEKTQWMWJWF8 | | |
| | | 沈丘县乐瑾永百货店（个体工商户） | AE588U7826XVS | | |
| | | 谷城县窗灯百货店（个体工商户） | D2F5N8WSUFNWL | | |
| | | 沈丘县伊昕慧百货店 | LJN5LARJ28TP8 | | |
| | | 沈丘县赏婉荷百货店(个体工商户) | NHCLUUPSH8YZ2 | | |
| | | 南京不哼商贸有限公司 | Q9W3LBEURATRE | | |
| | | 佛山市海南区鹏铭尚鲜花店 | S2YCRP7CW2YM2 | | |
| | | 沈丘县良佳婵百货店（个体工商户） | PZ9AVVAK556H6 | | |

| 12 | conser.shop | Jia Yi Nuo She Ji | JKETPSHN7YTHN | | xzhcheawea@163.com |
|---|---|---|---|---|---|
| 12 | hoeinao.shop | MANGPING SHOP | QNSQPAAGHWJWA | | sfsdgdrtuherdgj@163.com<br>xzhcheawea@163.com |
| 12 | rugerstore.shop | MANGPING SHOP | QNSQPAAGHWJWA | | sfsdgdrtuherdgj@163.com<br>xzhcheawea@163.com |
| 12 | zianae.shop | anyouyu store | U3M6HNATL4KGL | | sfsdgdrtuherdgj@163.com<br>bighoutan5465@163.com |
| 12 | ziine.shop | 瑞昌林林市政工程有限公司 | 6QQUL8V7MNHYU | | abstrcte131@163.com |
| | | Jia Yi Nuo She Ji | JKETPSHN7YTHN | | |
| 13 | copywatchhub.com | 四川雨田时代环境科技有限公司 | RM3MB6QGNV2YS | | wristelites@gmail.com<br><br>WhatsApp: 85246834079 |
| 14 | coscwatch.shop | CHUANGYEXING STOPE | FR6WB9FEEJULS | | https://whois.dnspod.cn/coscwatch.shop |
| 15 | cskbwatch.shop | 杭州磐辰贸易有限公司 | ZK7RVBVX6B9QE | | kb317124@gmail.com<br><br>WhatsApp: 12818468890 |
| 15 | xbywatch.shop | 杭州磐辰贸易有限公司 | ZK7RVBVX6B9QE | | kezhuowei0514@gmail.com<br><br>WhatsApp: 2818468890;<br>12819045151 |
| 16 | dick-mall.com | Hefei Thukuo Network Technology Co., Ltd. | 6A72YYETWVN9J | | https://rdap.35.com/contact/domain/dick-mall.com<br><br>WhatsApp: 447466581858 |
| 16 | topluxury-mall.com | Hefei Thukuo Network Technology Co., Ltd. | 6A72YYETWVN9J | | jeckbarb@gmail.com<br><br>WhatsApp: 447466581858 |
| 17 | edenluxury.shop | 昆明尔腾易商贸有限公司 | SV3ERND2G99QE | | Watchvipservice@outlook.com<br><br>WhatsApp: 447543750489 |
| | | 邢台格慈贸易有限公司 | UEW5J5SCZHY5J | | |
| | | 昆明津加登商贸有限公司 | DAHTZ2F4TKMZS | | |
| 18 | effortua.live | Nczh Co.,Ltd. | E5XDGLEFJ4PAL | | customercs@visable-online.com<br>csservice@splendorxa-live.com<br>service@neatesser.online |

| 19 | elephantsshop.com | 河南达墨建材有限公司 | SG67W9M5XCBTA | | support@likebeauty.store<br><br>WhatsApp: 447594800910 |
| 20 | elizaluxury.shop | 昆明波帅易商贸有限公司 | 92KRJ8VBZ69KN | | goodwatchservice@hotmail.com<br><br>WhatsApp: 12139978089 |
| 20 | nattleluxury.shop | 昆明波帅易商贸有限公司 | 92KRJ8VBZ69KN | | goodwatchservice@hotmail.com<br><br>WhatsApp: 12136097459 |
| 21 | esngns.com | | MNKLAF6WWK8G4 | | service@poshpacksale.com<br><br>WhatsApp: 447752235557 |
| 22 | eternaltickservice.com | 恒野通讯店 | GQNJSXZSGQTR2 | | eternaltickservice@gmail.com<br>bdbcrystal@gmail.com<br>communications@soundest11.com |
| 23 | fariteamde.com | Fariteam | 3EHZ77CQA6BUW | | contact@faeriteam.com<br>gawenfry@gmail.com<br><br>WhatsApp: 8613628139106 |
| 24 | ff.luxurytechnolog.com | | KPJBF93Q3B99C | | support@shoppingserv.com |
| 25 | fluisten.shop | 汝州市皓君百货商行(个体工商户) | 7HA99SQ3QNAFY | | giananli@outlook.com |
| 25 | hostory.shop | 汝州市皓君百货商行(个体工商户) | 7HA99SQ3QNAFY | | giananli@outlook.com |
| 25 | impletmion.shop | Shenzhen Rumeng Electronic Technology Co., Ltd | NBTTC3UP4RASS | | giananli@outlook.com<br>amausummsr@outlook.com<br>xiaozeng0123@163.com |
| | | 杭州引岩科技有限公司 | UKJXDB9AL7AAJ | | |
| | | 峰莎之恋（武汉市）商贸有限公司 | 2YRBMBLPMMYBS | | |
| 26 | glashtte.com | 江西旭恒建筑劳务有限公司 | PVSTP5U7KJM24 | | service.in1958@gmail.com<br>768248083@qq.com<br><br>WhatsApp: 13024091274 |
| 26 | tockera.com | 江西旭恒建筑劳务有限公司 | PVSTP5U7KJM24 | | service.in1958@gmail.com<br><br>WhatsApp: 13024091274 |

| 27 | gwsreplica.com | | | Bougtab.mou1aad18@gmail.com | Support@gwsrolex.com communications@soundest1.com WhatsApp: 12134389551 |
|---|---|---|---|---|---|
| 28 | hazrsa.live | HNH TRENDSETTER PTE. LTD. | SDTQKTH4NJYZU | | service@hazrsa.live WhatsApp: 351925286574 |
| 29 | hotswatch.shop | 营口市鲅鱼圈区易航网络传媒工作室 | HP88NYJP8GW32 | | zk19850801@163.com WhatsApp: 8613514172392 |
| 30 | jf-factory.shop | | RB29P7FQVVZN2 | | djtecknoservice@gmail.com service@luxurydpt.com WhatsApp: 8615112527514; 5855644720 |
| | | | ZRPT6GFWNHMH6 | | |
| 31 | kaileygem.shop | Hefei Coole Trading Co., Ltd. | 753GLFU2K5B78 | | jeffreymcadams750@gmail.com mqbee88@gmail.com WhatsApp: 16262504202 |
| 32 | king-watch.com | | 3SJKTE65Q6J7Q | | emperormcmasters58970622@gmail.com prestigelux@yeah.net WhatsApp: 8617681758900 |
| | | | 869DK6WLSR2DJ | | |
| | | | KHV5MDSPK5FWQ | | |
| | | | SU76MVENMN95W | | |
| | | | YCL559ZJW3FR6 | | |
| | | | EYF4ZBBB3VH9W | | |
| 33 | lsy-watchs.com | 剑川悦动体育发展有限公司 | JHA3PQXPWJQWG | | huangjian1682023@gmail.com WhatsApp: 8618818280061 |
| | | | | yuyu1682024@outlook.com | |
| 34 | luarno.com | 深圳市宝安区西乡街道诺森电子商务商行 | YUFDMJYXE52TU | | carmellareed8175@gmail.com WhatsApp: 8616675115756 |
| | | 王振华 | TNRJR3PLX7C8W | | |
| 35 | luxoutletwatches.com | | MRZS2GN9RYE5N | | support@luxoutletwatches.com |
| 35 | luxuryswatches.com | | | | support@luxuryswatches.com |

| 36 | luxurydealer.shop | Nguyen Ngoc Minh | ABXBWDCUQ6L7L | | service2@trengdy.com service1@trengdy.com WhatsApp: 85264748915 |
| 37 | luxuryswissclock.com a.k.a luxusswissclock.com | | URXT7ASPZWELQ | | contact@luxuryswissclock.com |
| 38 | l-watches.com | 泾河新城政水丹百货商行 | N2PF7VMTBUUM2 | | watcheses1@gmail.com l-watches2@outlook.com WhatsApp: 447743399258 |
| 39 | lxs-watches.com | 西咸新区空港新城源格铭百货商行 | M9KD35EBPLC3Q | | lxswatches@outlook.com WhatsApp: 85254412834 |
| 40 | masterss.top | 义乌市菊彭3贸易商行 | GL7G2VCVE25RA | | langesclub@outlook.com WhatsApp: 447467340968 |
| 40 | top-1-luxury.club | 义乌市菊彭3贸易商行 | GL7G2VCVE25RA | | piagets@outlook.com WhatsApp: 4407442432274 |
| 41 | max.amzwatch.shop | E'ma'ya_bdlh | AZAA3USGP33Z8 | | jojo@emayafactory.shop max@emayafactory.shop WhatsApp: 8618070289165 |
| 41 | max.luxluxlux.shop | E'ma'ya_bdlh | AZAA3USGP33Z8 | | jojo@emayafactory.shop max@emayafactory.shop WhatsApp: 8618070289165 |
| 42 | msfwatches.com | MSF.H | 898Z66BRPXVQ6 | | msfactorycn@gmail.com WhatsApp: 14253368302; 13476726868 |
| | | MSF.P | DF2HESMBJYEQS | | |
| | | MSF | M5D5RN5MDZTQU | | |
| 42 | msfwatches.vip | MSFW | RPPCKH85PPUT4 | | msfactorycn@gmail.com cs@msfactorycn@gmail.com WhatsApp: 13476726868 |
| 43 | newswatches.com | 厦门市同安区若利烟酒商行 | ZXTX4WT4CYPAQ | | lunaclonewatch@gmail.com lunajarry39@gmail.com j7604341@gmail.com WhatsApp: 85244039164; 85256445446 |

| | | | | |
|---|---|---|---|---|
| 44 | qewatche1.com | 书香园（深圳）文化传媒有限公司 | | 373300378@qq.com | 6d60944e29ec499f823caeda53034fe5.protect@withheldforprivacy.com<br><br>WhatsApp: 85294984190; 12272161236 |
| 45 | replicawatch.shop | 济宁吴佳胤食品有限公司 | NCPZNNVUH5BQC | | service@replicawatch.shop<br><br>WhatsApp: 86 19195541862 |
| 46 | rolexwatchapps.com | | T82FSEULHG48Q | | support@rolexwatchapps.com<br><br>WhatsApp: 85293226589 |
| 47 | sheonte.shop | SHIYUE SHOP | FFPW6956R49VU | | https://www.sheonte.shop/blogs/%E2%80%94Contact-Us |
| 47 | veniopec.shop | SHIYUE SHOP | FFPW6956R49VU | | chengdushiyue01@163.com |
| | | wenzhouyouxuan shop | ASEYG3E3T7TYQ | | |
| 48 | similarwatch.shop | SIMIGIRSHOP | 7JXFRW6F78J28 | | keeganmedhurst2021@gmail.com |
| 49 | specialchic.com | Dream Home | ULFZC3DV6W8F8 | | pwp-50928a929983693cf183de8a3828683d@privacyguardian.org<br><br>WhatsApp: 639276853456 |
| 50 | starmoonlightwatch.com | zi bo ye hang mao yi you xian gong si | G6D43HLATS5X4 | | serve@sportsservir.com<br>WhatsApp: 17704029858 |
| | | guang zhou rui yu tu ke ji you xian gong si | RHW23KWUFN988 | | |
| | | Zi Bo Hua Wu Mao Yi You Xian Gong Si | THVD4S2VZ9JCN | | |
| | | zi bo ting lan mao yi you xian gong si | DMN2ZLF45QPVS | | |
| 50 | designerwatchcc.com | hei long jiang xing yuan lai shang mao you xian gong si | 8NE7JMKJGKL2A | | customer@supportedes.com<br>services@aeakio.com<br><br>WhatsApp: 8613906020712 |

| 50 | pancowatch.shop | zi bo ye hang mao yi you xian gong si | G6D43HLATS5X4 | | Services@supportedes.com WhatsApp: 8613850292723; 8617704029858; 3239424054 |
|---|---|---|---|---|---|
| 51 | sssswisswatch.shop | | HE6F3P7FUGWT6 | | swisswatchsclub@gmail.com WhatsApp: 8615089902341 |
| | | | A6PMVDA62S8SG | | |
| 52 | superswisswatches.com | 莆田城厢区科提贸易商行（个体工商户） | 98WC4Y75WGKAU | | swisssuperwatches@gmail.com WhatsApp: 15413259898 |
| | | 莆田城厢区腾全贸易商行（个体工商户） | H8DRA9RFUPG66 | | |
| | | 莆田城厢区云后贸易商行（个体工商户） | KSZ7Y678FHXPC | | |
| | | 莆田城厢区福日发贸易商行（个体工商户） | NLZMMUYCQ7Y78 | | |
| 53 | surgetes.shop | Shopping Mall VIII | XWRM5C3WM33CJ | | pwp-1b71d3a986d701e7cdfd2c7e2df5e7f3@privacyguardian.org |
| 54 | *Dismissed* | | | | |
| 55 | timelessica.com | Shop | D8EHP63WX8AN8 | | timelessica@gmail.com |
| | | store | AFGA9DAS5S4AS | | |
| 56 | top-watch.club | | 3ZS4882N4RNYL | | zzpwatch@gmail.com WhatsApp: 8618858839669 |
| 57 | tudz.shop | HK CHAO MIAO TRADE LIMITED | P3H8CW5Q9EGC2 | | nicebuy21st@gmail.com watcesget@gmail.com WhatsApp: 18328309655; 18325267804 |
| 58 | unitedluxuryone.com | 仙游县枫亭镇郭建伟百货零售超市 | LA4ESGY8LRANL | | manager@unitedluxuryone.com xtemos@gmail.com hello@unitedluxuryshop.com 3307722530@qq.com |

| 59 | unitedluxurystore.com | 合肥市新站区贝泰百货商行 | NJPNZSAT3L2KW | | czhou6431@gmail.com WhatsApp: 15168886064 |
| 60 | watchenew.com | luxawatchh | 3ZWBG2SU69C6U | | help@plusewatch.shop support@zngogo.com wang924518chen7382@163.com WhatsApp: 8613799683308; 8618050513562 |
| 61 | watchzzz.com | | TH477496F762E | | zyfwatchshop@outlook.com WhatsApp: 8615858723909 |
| 62 | woodentiger.cc | 莆田市恩哲贸易有限责任公司 | QK7CFGTVKTCN4 | | cygg888520@163.com heroismwell@gmail.com WhatsApp: 447961872237 |
| 63 | zgjiapg.com | cokeeq | HKM8FRBJ8M2VE | | Z2660588116@outlook.com WhatsApp: 8615989517652 |
| 64 | zjwatches.top | | D5SPW4LZYVMRW | | rolexwatches2023@163.com 18622996617@163.com WhatsApp: 8618522561371 |