UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24766-CV-WILLIAMS

OMEGA SA,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 44) ("***Report***") on Plaintiff's Motion for Entry of Default Final Judgment Against Defendants (DE 42) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted, and that the Court award Plaintiff $100,000 per Omega Mark counterfeited per type of good offered for sale in statutory damages and issue a permanent injunction against Defendants. (DE 44 at 22.) Specifically, Judge Goodman finds that: the Court has both subject-matter and personal jurisdiction over Defendants, *id.* at 11; (2) the well-pled allegations in the Amended Complaint establish Defendants' liability for each of the claims asserted, *id.* at 14; and (3) Plaintiff is entitled to the equitable relief and monetary damages it seeks, *id.* at 15. No objections were filed to the Report,[1] and the time to object has passed.

---

[1] Plaintiff timely filed proof of service of the Report on Defendants. (DE 45; DE 46.)

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Goodman's Report (DE 44) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Entry of Default Final Judgment Against Defendants (DE 42) is **GRANTED**.

3. Pursuant to Federal Rule of Civil Procedure 58(a), the Court will separately issue a default final judgment.

4. All pending motions are **DENIED AS MOOT**. All hearings and deadlines are **CANCELED**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>5th</u> day of May, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE